**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
35316 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
lking@bradleygrombacher.com

Attorneys for Plaintiff, Sharon Peskett individually and on behalf of all others similarly situated

*(Additional counsel on next page)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON PESKETT, individually and on behalf of other individuals similarly situated,<br><br>Plaintiffs;<br><br>v.<br><br>LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP an Illinois limited partnership, COMPASS GROUP USA, INC, a Delaware corporation<br><br>Defendants. | CASE NO. 2:20-cv-05694-SWV-PVC<br><br>[Assigned to: Judge Stephen V. Wilson]<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: June 25, 2020 |

**FISHER & PHILLIPS LLP**
Lonnie D. Giamela, Esq. (SBN 228435)
Justin P. Hall, Esq. (SBN 329464)
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501
E-Mail: lgiamela@fisherphillips.com
           jhall@fisherphillips.com

**PLEASE TAKE NOTICE** that Plaintiff Sharon Peskett ("Plaintiff") and Levy Premium Foodservice Limited Partnership and Compass Group USA, Inc. ("Defendants") (collectively, the "Parties") have an agreement in principle to settle the above-captioned matter on a class basis. The Parties in the instant litigation and the related litigation, *Sherri Hightower v. Compass Group USA, Inc., et al.*, filed in the Superior Court of California, County of Santa Clara styled, Case Nos. 19CV359262, 20CV362571 (the "*Hightower* litigation") expect to have drafted and executed a long-form settlement agreement in the next two weeks. The Parties in the instant litigation expect that counsel for Plaintiff in the *Hightower* litigation will file a motion for preliminary approval of class action settlement in the *Hightower* litigation in the next ninety (90) days.

Accordingly, the Parties respectfully request that the Court stay or vacate all pending case management deadlines.

DATED: July 23, 2021            **BRADLEY/GROMBACHER, LLP**

By: */s/Kiley L. Grombacher*
    Marcus J. Bradley, Esq.
    Kiley Grombacher, Esq.
    Lirit A. King, Esq.
    Attorneys for Plaintiff


DATED: July 23, 2021            **FISHER & PHILLIPS LLP**

By: */s/ Lonnie D. Giamela*
    Lonnie D. Giamela, Esq.
    Justin P. Hall, Esq.
    Attorneys for Defendants

# **E-SIGNATURE ATTESTATION**

I, Kiley L. Grombacher, attest that I have obtained concurrence in the filing of this stipulation from Lonnie D. Giamela and approval to affix his electronic signature to this filing in compliance with Local Rule 5-4.3.4(a)(2)(i).

DATED: July 23, 2021                By: */s/Kiley L. Grombacher*
                                    Kiley L. Grombacher, Esq.