1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON PESKETT, individually and on behalf of other individuals similarly situated,<br><br>　　　　　Plaintiffs,<br><br> v.<br><br>LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP an Illinois limited partnership, COMPASS GROUP USA, INC, a Delaware corporation<br><br>　　　　　Defendants. | **CASE NO. 2:20-cv-05694-SWV-PVC**<br><br>[Assigned to: Judge Stephen V. Wilson]<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING DISMISSAL OF PLAINTIFF'S NINTH CAUSE OF ACTION FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT ("FLSA")**<br><br>Complaint filed: June 25, 2020 |

## ORDER

Upon consideration of the Joint Stipulation to continue to dismiss Plaintiff's FLSA Claim, and for good cause shown, the Court hereby **APPROVES** the parties' Stipulation and **ORDERS** as follows:

**Plaintiff's Ninth Cause of Action for Violations of the Fair Labor Standards Act ("FLSA") is dismissed without prejudice.**

**IT IS SO ORDERED.**

DATED: June 15, 2022

                            Honorable Stephen V. Wilson
                            United States District Court Judge

[PROPOSED] ORDER GRANTING DISMISSAL OF PLAINTIFF'S NINTH CAUSE OF ACTION FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT ("FLSA")